IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 00138 - BNB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

VICKI ARIATTI,

    Plaintiff,

v.

JAMES CASEBOLT,
LARRY STUTLER, and
MATHEW O'BRIEN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 26 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) __ is not submitted
(2) __ is not on proper form (must use the court's current form)
(3) __ is missing original signature by Plaintiff
(4) __ is missing affidavit
(5) __ affidavit is incomplete
(6) __ affidavit is not notarized or is not properly notarized

(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint or Petition:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 26TH day of January, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06 - CV - 00138-BNB

Vicki Ariatti
c/o 8319 CR LL #6
Lamar, CO 81052

    I hereby certify that I have mailed a copy of the **ORDE** and two copies of **Complaint Form** to the above-named individuals on 1/26/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk